IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069 |
| | ) | |
| v. | ) | |
| | ) | |
| BENYAMIN HAWTHORNE, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

At the court's request and with the parties' consent,

IT IS ORDERED that:

1. A hearing on defense counsel's motion to withdraw is set before Magistrate Judge Zwart on the 16th day of March, at the hour of 2:30 p.m. in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. The defendant, his counsel, and counsel for the government shall appear at this hearing.

DATED this 12th day of March, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge