IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BENYAMIN HAWTHORNE, | ) | |
| | ) | |
| Defendants. | ) | |

Following a hearing on the motion to withdraw filed by defense counsel, Dana London,

IT IS ORDERED:

1) The motion to withdraw filed by Dana M. London, (filing no. 89), is granted. Mr. London shall promptly serve defendant with a copy of this order. The Clerk is directed to remove Mr. London from all future ECF notifications in this case.

2) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of a CJA Panel attorney identified to represent the defendant herein in accordance with the Criminal Justice Act Plan for this district.

3) Upon appointment, new defense counsel shall promptly enter his or her appearance.

4) Trial of this case remains set to commence on May 10, 2010 before the Honorable Richard G. Kopf.

DATED this 16th day of March, 2010.

BY THE COURT:

S/ *Cheryl R. Zwart*
United States Magistrate Judge