IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069 |
| | ) | |
| V. | ) | |
| | ) | |
| BENYAMIN HAWTHORNE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that Defendant Hawthorne's three-hour evidentiary hearing, with sentencing to follow, is set on Friday, April 22, 2011, from 1:00 to 4:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

    DATED this 5th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge