IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069 |
| | ) | |
| V. | ) | |
| | ) | |
| BENYAMIN HAWTHORNE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's unopposed motion for continuance (filing 183) is granted. The deadline for filing a motion for variance is extended until February 4, 2011.

DATED this 28th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge