IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069 |
| | ) | |
| V. | ) | |
| | ) | |
| BENYAMIN HAWTHORNE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Regarding filing 189,

IT IS ORDERED that no lawyer or party may access the restricted documents except for counsel for the government and Mr. Gross.

DATED this 7th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge