IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069 |
| | ) | |
| v. | ) | |
| | ) | |
| BENYAMIN HAWTHORNE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendant's sentencing date is April 22, 2011.

IT IS ORDERED that Dana M. London's motion for immediate payment of attorney fees (filing 191) is denied.

DATED this 7th day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge