IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3069 |
| V. | ) | |
| BENYAMIN HAWTHORNE, | ) | ORDER |
| Defendants. | ) | |

A revised 2019 First Step Act retroactive sentencing worksheet has been filed. Filing no. 254. It states that the defendant may be eligible for relief. Therefore

IT IS ORDERED:

1. The Federal Public Defender is herewith appointed to represent the defendant.

2. The defendant, through counsel, has until October 30, 2019 to file a motion for relief and supporting brief.

3. The government shall have until November 29, 2019 to submit a brief in response.

4. When the briefing is complete, I will consider the matter under submission. I will order oral argument if I think necessary or either party requests it.

5. The Clerk shall mail a copy of this Order and Filing no. 254 to the defendant.

DATED this 30th day of September, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge