IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3069-1 |
| | ) | |
| v. | ) | |
| | ) | |
| BENYAMIN HAWTHORNE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Motion to Extend the Time For Filing Response to Defendant's Motion to Reduce Sentence (Filing no. 262) is granted. Plaintiff's response to Filing no. 260 shall be filed on or before December 23, 2019.

DATED this 10th day of December, 2019.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge